1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    JOHN STEVEN HALLMAN,                    No. C 12-3006 SI (pr)
9              Petitioner,                   **ORDER DENYING REQUEST FOR**
                                             **APPOINTMENT OF COUNSEL**
10        v.
11   G. LEWIS, warden,
12             Respondent.
13   _____/

14        Petitioner requests that counsel be appointed to represent him in this action. A district

15   court may appoint counsel to represent a habeas petitioner whenever "the court determines that

16   the interests of justice so require" and such person is financially unable to obtain representation.

17   18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the

18   district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is

19   mandatory only when the circumstances of a particular case indicate that appointed counsel is

20   necessary to prevent due process violations. *See id.* The interests of justice do not require

21   appointment of counsel in this action. The legal claim he asserts – an *ex post facto* challenge to

22   a new law that reduces the time credits he will earn – has been litigated repeatedly and

23   unsuccessfully by other California prisoners. The request for appointment of counsel is

24   DENIED. (Docket # 4.)

25        The deadline for petitioner to file his traverse is now extended until **November 9, 2012.**

26        IT IS SO ORDERED.

27   DATED: October 11, 2012
                                             _____
28                                           SUSAN ILLSTON
                                             United States District Judge

United States District Court
For the Northern District of California