UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN HALLMAN, | No. C 12-3006 SI (pr) |
| Petitioner, | **ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | |
| G. LEWIS, warden, | |
| Respondent. | |

Petitioner requests that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The legal claim he asserts – an *ex post facto* challenge to a new law that reduces the time credits he will earn – has been litigated repeatedly and unsuccessfully by other California prisoners. The request for appointment of counsel is DENIED. (Docket # 4.)

The deadline for petitioner to file his traverse is now extended until **November 9, 2012.**

IT IS SO ORDERED.

DATED: October 11, 2012

SUSAN ILLSTON
United States District Judge