UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN HALLMAN,<br><br>    Petitioner,<br><br>    v.<br><br>G. LEWIS, warden,<br><br>    Respondent. / | No. C 12-3006 SI (pr)<br><br>**ORDER EXTENDING DEADLINE FOR TRAVERSE** |

Petitioner has requested that the deadline to file his traverse to be extended until November 21, 2012. That request crossed in the mail with the court's order that extended the deadline to November 9, 2012. Upon due consideration, the court GRANTS petitioner's request. (Docket # 7.) The deadline for petitioner to file and serve his traverse is now extended until **November 30, 2012.**

IT IS SO ORDERED.

DATED: October 19, 2012

                                                  SUSAN ILLSTON
                                         United States District Judge