**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN HALLMAN, | No. C 12-3006 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. D. LEWIS, warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 19, 2013

SUSAN ILLSTON
United States District Judge