UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN STEVEN HALLMAN,                                    No. C 12-3006 SI (pr)

          Petitioner,                                    **JUDGMENT**

    v.

G. D. LEWIS, warden,

          Respondent.

                           /

    The petition for writ of habeas corpus is denied on the merits.

    IT IS SO ORDERED AND ADJUDGED.

DATED: April 19, 2013

                                 SUSAN ILLSTON
                         United States District Judge

**United States District Court**
For the Northern District of California